STATE OF NEW JERSEY v. JAMES ELLISON.

March 22, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY J. CAHILL.

March 22, 1982.

Certification is granted, and the judgment of the Superior Court, Appellate Division is summarily reversed and the sentence imposed by the Superior Court, Law Division, Hunterdon County is reinstated.

ANNIE M. SELF v. BOARD OF REVIEW.

March 22, 1982.

Petition for certification granted. (See 182 *N.J.Super.* 361)

CHARLOTTE PATTERSON v. BOARD OF REVIEW.

March 22, 1982.

Petition for certification granted.